UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
February 23, 2024 1:53 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB /2/23

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARKWON GRITZMAKER,

    Defendant.
_____/

No.

1:24-cr-24
Jane M. Beckering
U.S. District Judge

**FELONY INFORMATION**

The United States Attorney charges:

**COUNT 1**
(Possession of a Stolen Firearm)

On or about June 14, 2021, in Muskegon County, in the Southern Division of the Western District of Michigan,

MARKWON GRITZMAKER

knowingly possessed a loaded Taurus Model G2C 9mm semi-automatic pistol, knowing and having reasonable cause to believe that the firearm was stolen, and the firearm had been shipped and transported in interstate commerce.

18 U.S.C. § 922(j)
18 U.S.C. § 924(a)(2)

1

## COUNT 2
(Possession with Intent to Distribute Methamphetamine)

On or about June 14, 2021, in Muskegon County, in the Southern Division of the Western District of Michigan,

MARKWON GRITZMAKER

knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Superseding Felony Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(j), set forth in Count 1 of this Superseding Information,

MARKWON GRITZMAKER

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to: a Taurus Model G2C 9mm semi-automatic pistol and associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(j)

MARK A. TOTTEN
United States Attorney

Date: 02/21/24

ERIN KANE LANE
Assistant United States Attorney